IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

TYLER C. FRICK,

    Plaintiff,                                                       ORDER

    v.                                                             24-cv-551-wmc

DISCOVER FINANCIAL SERVICES, INC.,

    Defendant.

_____

*Pro se* plaintiff Tyler Frick has filed a motion for exemption of PACER fees due to his indigent status. (Dkts. ##49-51.) This motion is GRANTED and plaintiff shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court subject to the following limitations:

1. The fee exemption applies only to cases that plaintiff is a party to in this court, including 24-cv-551-wmc, 24-cv-574-wmc, and 24-cv-661-wmc, and only to the electronic case files that are available through the PACER system.

2. By accepting this exemption, plaintiff Tyler Frick agrees not to sell for profit any document obtained as a result of receiving this exemption and to only use them in connection with litigation to which he is a party.

3. This exemption is valid until December 31, 2025.

4. This exemption may be revoked at the discretion of the court at any time.

A copy of this order shall be sent to the PACER Service Center.

    Entered this 25th day of September, 2024.

                                                           BY THE COURT:
                                                           /s/
                                                           WILLIAM M. CONLEY
                                                           District Judge