IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYLER C. FRICK,

                Plaintiff,                            ORDER

    v.

                                                  24-cv-551-wmc

DISCOVER FINANCIAL SERVICES, INC.,

                Defendant.

---

      Plaintiff Tyler Frick filed this lawsuit against defendant Discover Financial Services, Inc., claiming that Discover failed to provide him with copies of his credit card dispute investigation files as required by federal law.  The court granted him leave to proceed on a claim under the Electronic Fund Transfer Act, 15 U.S.C. § 1693 *et seq.*, and Wisconsin negligence law.  (Dkt. #32.)  On November 25, 2024, at a telephonic status conference with Magistrate Judge Anita Boor, plaintiff and counsel for defendant discussed settling the case.  (Text Order (dkt. #102).)  Specifically, defendant offered to provide plaintiff with the investigation files he sought in exchange for plaintiff signing a release and stipulation of dismissal.  (*Id.*)  Plaintiff later notified the court that the parties had settled the case (dkt. #103), and the parties filed a joint stipulation of dismissal with prejudice (dkt. #104).

      Since settling the case, plaintiff has filed several motions to vacate the dismissal and to obtain additional information from defendant. (Dkt. ##105, 106, 109, 111 and 112.) Defendant's counsel then explained to plaintiff and the court that defendant had provided all the investigative files to plaintiff that it possessed and that both parties had signed a valid settlement agreement and stipulation for dismissal.  (Dkt. #118.)  Plaintiff then filed

several motions to strike or rescind his motions to vacate. (Dkt. ##113, 115 and 119.) Because it appears that plaintiff no longer seeks to vacate dismissal and reopen this case, all his pending motions will be denied as moot.

ORDER

IT IS ORDERED that all plaintiff Tyler Frick's pending motions dkts. ##105, 106, 109, 111, 112, 113, 115 and 119 are DENIED as moot.

Entered this 15th day of September, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge